JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
ESMAT ALI JANALI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ESMAT ALI JANALI,<br>           Plaintiff,<br><br>     v.<br><br>Michael O'Malley,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant._____/ | No.   2:24-cv-02090-AC<br><br>STIPULATION AND  [proposed]<br>ORDER FOR EXTENSION OF<br>TIME TO FILE PLAINTIFF'S<br>MOTION FOR SUMMARY<br>JUDGMENT |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 2, 2024.

   This is a first extension, of 11 days, to allow plaintiff's counsel to complete other briefing and work, as well as draft plaintiff's motion.

[Pleading Title] - 1

Dated:   November 15, 2024                        /s/    *Jesse S. Kaplan*
                                                  JESSE S. KAPLAN
                                                  Attorney for Plaintiff


Dated:  November 15, 2024                          */s/ per e-mail authorization*

                                                  JUSTIN L. MARTIN
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant


### ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to December 2, 2024.

SO ORDERED.

Dated: November 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE